# Third District Court of Appeal

## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1804
Lower Tribunal No. 18-33486
_____

**Maritza Padron, et al.,**
Appellants,

vs.

**Wells Fargo Bank, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

The Ticktin Law Group, and Kendrick Almaguer (Deerfield Beach), for appellants.

Burr & Forman LLP, and Nicholas S. Agnello (Fort Lauderdale), for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.